UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00172 |
| | ) | |
| MICHAEL A. LOOSLI | ) | |

AGREED ORDER

The Court finding that the term of Mr. Loosli's supervised release would have otherwise terminated on July 12, 2012, that Mr. Loosli has had no violations of his supervised release since this matter was last heard on May 22, 2012, and with the consent of the parties, the petition for warrant or summons for offender under supervision filed on October 19, 2009, at Docket Entry 23, as amended by the filing on May 22, 2012, at Docket Entry 45, is hereby dismissed.

Enter this the ___ day of July, 2012.

_____
THOMAS A. WISEMAN, JR.
U.S. DISTRICT JUDGE


APPROVED FOR ENTRY:

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender

*s/ Darryl A. Stewart*
DARRYL A. STEWART
Assistant United States Attorney